**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-01354-REB-CBS

SIBYLLE SPUHLER-MORAN,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter comes before me on the **Stipulation for Dismissal With Prejudice** [#8], filed October 2, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice** [#8], filed October 2, 2006, is **APPROVED**; and

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated October 2, 2006, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**